UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-cr-28 (KMM/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **ORDER OF DISMISSAL**

ANDREW CALVIN NOBLE,

    Defendant.

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Date: May 26, 2023

          *s/ Katherine Menendez*
          The Honorable Katherine M. Menendez
          United States District Judge